1060

[No. 74257-4-I.   Division One.   September 6, 2016.]

VANISHING PRICES, LLC, *Respondent*, v. BELLA'S VOICE ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 15-2-03096-3, George N. Bowden, J.,
entered October 13, 2015. *Affirmed in part, reversed in part*,
and *remanded* by unpublished opinion per Cox, J., con-
curred in by Trickey, A.C.J., and Becker, J.

[No. 42012-1-II.   Division Two.   September 7, 2016.]

*In the Matter of the Personal Restraint of* LESTER JUAN
GRIFFIN, *Petitioner*.

Petition for relief from personal restraint. *Granted* and
*remanded* by unpublished opinion per Lee, J., concurred in
by Johanson and Sutton, JJ.

[No. 46998-7-II.   Division Two.   September 7, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT EUGENE
FORD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 13-1-00932-5, John R. Hickman, J., entered
December 12, 2014. *Affirmed in part* and *remanded with
instructions* by unpublished opinion per Maxa, J., concurred
in by Bjorgen, C.J., and Johanson, J.

[No. 47506-5-II.   Division Two.   September 7, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID MICHAEL
KALAC, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 14-1-01246-1, William C. Houser, J., entered
April 24, 2015. *Affirmed in part* and *remanded with in-
structions* by unpublished opinion per Lee, J., concurred in
by Melnick and Sutton, JJ.